IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Fields III, Percy | Case Number: 05 B 32784 |
|---|---|---|
| | Fields, Rosie B | Judge: Goldgar, A. Benjamin |
| | Printed: 9/3/08 | Filed: 8/18/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: June 12, 2008
Confirmed: October 11, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 53,560.00 |  |
| Secured: |  | 31,090.20 |
| Unsecured: |  | 15,364.62 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,696.00 |
| Trustee Fee: |  | 2,949.18 |
| Other Funds: |  | 1,460.00 |
| Totals: | 53,560.00 | 53,560.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,696.00 | 2,696.00 |
| 2. | Washington Mutual | Secured | 1,243.83 | 5,816.88 |
| 3. | CitiFinancial Auto Credit Inc | Secured | 0.00 | 0.00 |
| 4. | Option One Mortgage Corp | Secured | 18,992.51 | 18,992.51 |
| 5. | Option One Mortgage Corp | Secured | 6,518.33 | 5,140.08 |
| 6. | Illinois Title Loans | Secured | 1,140.73 | 1,140.73 |
| 7. | United States Dept Of Education | Unsecured | 357.49 | 700.08 |
| 8. | Peoples Energy Corp | Unsecured | 272.92 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 290.32 | 568.55 |
| 10. | B-Line LLC | Unsecured | 228.29 | 447.07 |
| 11. | Portfolio Recovery Associates | Unsecured | 3,754.87 | 7,353.34 |
| 12. | B-Line LLC | Unsecured | 3,057.24 | 5,987.14 |
| 13. | City Of Chicago Dept Of Revenue | Unsecured | 157.50 | 308.44 |
| 14. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| | | | $ 38,710.03 | $ 49,150.82 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 641.45 |
| 5% | 190.01 |
| 4.8% | 331.68 |
| 5.4% | 717.91 |
| 6.5% | 1,068.13 |
| | $ 2,949.18 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Fields III, Percy<br>Fields, Rosie B<br>Printed: 9/3/08 | Case Number: 05 B 32784<br>Judge: Goldgar, A. Benjamin<br>Filed: 8/18/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

